COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Graustark Members II, LLC v. Mark  Minor

Appellate case number:   01-19-00647-CV

Trial court case number: 1132739

Trial court:             County Civil Court at Law No. 2 of Harris County

Crystal T. Dang of Dow Golub Remels & Gilbreath, PLLC has filed a motion to withdraw and substitute counsel for appellant, Graustark Members II, LLC. Because the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at its last known address, and because the motion lacks a certificate of conference, the motion is **denied**, without prejudice to refiling.  *See* TEX. R. APP. P. 6.5(b), (d); 10(a)(5).

It is so ORDERED.

Judge's signature:_____/s/ Julie Countiss_____
                          Acting individually

Date:  <u>December 5, 2019</u>